Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

FILED
U. S. DISTRICT COURT
DISTRICT OF NEBRASKA

2021 MAR 11  AM 9: 05

# UNITED STATES DISTRICT COURT

for the

District of

Division

Devonte M D King

_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

Plaintiff(s)

-v-

toby Smith   Sarah Jones
Governor pete Ricketts
Susanne Shore

Defendant(s)

_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)_

Case No. 4:21CV3060

_(to be filled in by the Clerk's Office)_

Jury Trial:   _(check one)_   ☑ Yes   ☐ No
☐

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non−Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                Devonte  M D  King
Address             1505  N  Sheridan  Ave
                    north platte        ne        69101
                              *City*           *State*        *Zip Code*
County              Lincson
Telephone Number    414  600  5456
E-Mail Address      devante koun 985@ gmail. com

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
Name                     toby  Smith
Job or Title *(if known)*   Police
Address                  701 S jeffers St
                         North Platte      ne        69101
                                    *City*         *State*      *Zip Code*
County                   Lincoln
Telephone Number         308  535  6789
E-Mail Address *(if known)*

☐ Individual capacity      ☐ Official capacity

Defendant No. 2
Name                     Sarah  Jones
Job or Title *(if known)*   police
Address                  701 S Jeffers St
                         north platte      ne        69101
                                    *City*         *State*      *Zip Code*
County                   Lincoln
Telephone Number         308  535  6789
E-Mail Address *(if known)*

☒ Individual capacity ☐ Official capacity

Defendant No. 3

Name                     Governor Pete Ricketts

Job or Title *(if known)*   Governor

Address                  1445 K St

Lincoln                             NE          68508

                              *City*                  *State*           *Zip Code*

County                                        Lancaster

Telephone Number          402 471 2244

E-Mail Address *(if known)*

☒ Individual capacity ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

                              *City*                  *State*           *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☒ Individual capacity ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)   (C F)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Defendant no 4

name   Susanne Shore

Job title   Governor Wife Co-conspirator

Address 1445 K St   Lincoln Ne 68508

County  Lancaster

Number 402  471  2244

☑ individual Capacity

*trespassing*

*1  4th  5th  8th  14th  false imprisonment  Deprivation of*
*Rights  under color of  Law  extrotion*

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you
       are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal
       officials?

_____

*'C F'*  D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any
       statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."
       42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color
       of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of
       federal law. Attach additional pages if needed.

_____

## III.     Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the
alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include
further details such as the names of other persons involved in the events giving rise to your claims. Do not cite
any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain
statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?

       *north platte Ne*

B.     What date and approximate time did the events giving rise to your claim(s) occur?

       *3-10-21   10: am*

C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what?*
       *Was anyone else involved? Who else saw what happened?)*

       *On  Page*

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. be had to walk home in cold weather after Jail

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. please this is my family 4th leaw suit i need a immediate order of protection from north pleatte pd im seeking 800,000$ for harassment deprivation of Rights

dont have License registration or insurance can you please tell northe plette pd and its members to leave me alone have to take my son out of school Indifinitely Because i dont know when i will go to Jail for goin to the store or Talking him to school i dont USE the roads commercially

Page of 7

**VI.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        _3 - 10 - 21_

Signature of Plaintiff        _Deconte King_
Printed Name of Plaintiff    _Deconte King_

**B.    For Attorneys**

Date of signing:        _____

Signature of Attorney        _____
Printed Name of Attorney    _____
Bar Number                   _____
Name of Law Firm             _____

Address

_____

_____

_____
            *City*              *State*      *Zip Code*

Telephone Number   _____

E-mail Address     _____

Defendant Copy
**Uniform Citation and Complaint**　　　　　　　　　　　　　　　　**Citation Number:** NP1000674

| Date of Offense 03/10/2021 | | Time of Offense 08:24 | | IR/Case# 21-03865 | | Troop/District/Sector | |
|---|---|---|---|---|---|---|---|
| **Plaintiff:** State of Nebraska | | In the LINCOLN - 15 | County Court | Court Case #: | | | |

**Defendant Information:**

| Last Name KING | | First Name DEVONTE | | M.I. M | Suffix | Phone | | ☐ Cell |
|---|---|---|---|---|---|---|---|---|
| Street Address 1505 N. SHERIDAN ST. | | | City NORTH PLATTE | | State NE | Zip Code 69101 | | Country US |
| DOB 11/22/1992 | Gender M | Height 6' 00" | Weight 200 LBS | Eyes BLK | Hair BLK | Race/Eth B | Language if interpreter needed | |
| DL State NE | DL Country US | DL Number H14097507 | | Exp. Date 03/10/2021 | | DL Class ID | Restrictions | DL Endorsements |
| Vehicle Year 2010 | Vehicle Type PA | Vehicle Style 4D | Make TOYOTA - TOYT | | Model COROLLA | | Color SIL - ALUMINUM | |
| Vehicle VIN 1NXBU4EE2AZ381901 | | Vehicle License NA | State IA | Vehicle Country US | Year 2021 | License Plate Type PA | CMV N | HazMat |
| Carrier Name | | | | US DOT Number | | ICC Number | | |
| Business/ Address | | | City | | State | Zip Code | | Country |

The undersigned being duly sworn, says the defendant, at the time and date shown, did unlawfully commit the following offenses(s)

| Violation Location | In the County of LINCOLN - 15 | In the City of NORTH PLATTE | Hwy Type T | Hwy Number CITY | Hwy Suffix T | Mile Marker |
|---|---|---|---|---|---|---|
| | Location at or near  D ST. AND MCCABE ST | | | | | |
| | Latitude | | | Longitude | | |

In violation of:

| O F F E N S E 001 | Statute/Ordinance Section 60-376(B) | Offense Description: NO PROOF OF OWNERSHIP | | Violation Type: S |
|---|---|---|---|---|
| | Speed ____ mph in ____ mph Zone | Tracked | NCIC Code 5499 | BAC Percent / Actual Weight / Legal Weight |
| | Comments: | | Fine | Lbs OverWt / Pct. OverWt |
| | | | Liquidated Damages Amount | A check means "Yes" School Zone ☐ Road Construction Zone ☐ |

| O F F E N S E 002 | Statute/Ordinance Section 60-3,167 | Offense Description: NO PROOF OF INSURANCE | | Violation Type: S |
|---|---|---|---|---|
| | Speed ____ mph in ____ mph Zone | Tracked | NCIC Code 5499 | BAC Percent / Actual Weight / Legal Weight |
| | Comments: | | Fine | Lbs OverWt / Pct. OverWt |
| | | | Liquidated Damages Amount | A check means "Yes" School Zone ☐ Road Construction Zone ☐ |

| O F F E N S E 003 | Statute/Ordinance Section 60-484-WV | Offense Description: NO OPERATOR'S LICENSE/WAIVERABLE | | Violation Type: S |
|---|---|---|---|---|
| | Speed ____ mph in ____ mph Zone | Tracked | NCIC Code 5499 | BAC Percent / Actual Weight / Legal Weight |
| | Comments: | | Fine $75.00 | Lbs OverWt / Pct. OverWt |
| | | | Liquidated Damages Amount | A check means "Yes" School Zone ☐ Road Construction Zone ☐ |

| O F F E N S E 004 | Statute/Ordinance Section 60-399(1)A | Offense Description: UNLAWFUL/FICT DISPLAY OF PLATE/RENEW TAB | | Violation Type: S |
|---|---|---|---|---|
| | Speed ____ mph in ____ mph Zone | Tracked | NCIC Code 5499 | BAC Percent / Actual Weight / Legal Weight |
| | Comments: | | Fine $50.00 | Lbs OverWt / Pct. OverWt |
| | | | Liquidated Damages Amount | A check means "Yes" School Zone ☐ Road Construction Zone ☐ |

| SMITH, T. NORTH PLATTE POLICE DEPARTMENT | 03/10/2021 | 93 | | | |
|---|---|---|---|---|---|
| Reporting Officer 1/Agency | Date | Badge Number | Reporting Officer 2/Agency | Date | Badge Number |

| This is an appearance only, not a trial date. **You MUST Appear in Court as directed below:** | | Prosecutor | | |
|---|---|---|---|---|
| Your **Court Appearance:** ☐ To be determined | | Court Address LINCOLN COUNTY COURT | Mailing Address LINCOLN COUNTY COURT | Room No. |

Page  1  of  2

CASE NUMBER _____

IN THE COUNTY COURT OF **LINCOLN** COUNTY, NEBRASKA

STATE OF NEBRASKA                    **APPEARANCE BOND**

VS.                    **PLAINTIFF**

King, Devonte Michael
<u>DEFENDANT</u>

I acknowledge that I've been charged with the offense of No proof of insurance, Duty to Carry license _____ and in consideration of my release from custody agree to appear in the County Court of said County on 4-14-2021 , at 0900AM and thereafter as directed by the Court, to answer the charges against me. In the event that the offense charged is a felony, and I am bound over to District Court upon preliminary hearing. I further agree to appear in the District Court of said County forthwith or as so ordered, which court shall then have jurisdiction I further agree to appear in the District Court thereafter as directed by the Court. Further conditions of this bond are: _____

_____
_____ X, court order State __
_____ Devonte ley  SHC 102

I understand that failure to appear as required by the Court may cause a warrant for my arrest to be issued, and that further penalties may be imposed upon me, including forfeiture of the bond or bail, for willful failure to appear or for violation of any condition of the agreement upon which I am released. To guarantee my appearance, I do hereby acknowledge myself to be indebted to the State of Nebraska in the sum of $____ which sum is hereby secured as follows:

[ ] PERSONAL RECOGIZANCE in the sum of $_____

[ } CASH: In the lieu of surety or sureties, the defendant deposits cash bond to secure his appearance and conditions made therein in the sum of $_____

[X] 10% BOND; Bond set in the amount of $ 2500.00 , 10% of said amount or $ 250.00 (Not less than $25) deposited herewith in cash. 90% of which shall be returned to the defendant upon appearance as required above and 10% of which shall be retained by the Clerk for bond costs.

[ ] CORPORATE SURETY: In the sum of $ _____ , Attached hereto:

[ ] SURETY: The undersigned (surety) (sureties) do hereby acknowledge themselves to be bound as (surety) (sureties) of the defendant on the above appearance bond in the sum of $_____ with all conditions thereto:

DEFENDANTS SIGNATURE: I Dont Understand Devovoltely DATE: _____
DEFENDANTS ADDRESS: 1505 N Sheridan northplatt 69109
PHONE: 404 8000 5856 DATE: _____
WITNESS: SHC72 _____ DATE: _____
APPROVED BY THE COURT: _____ (SEAL)
                    (CLERK)
                    **ASSIGNMENT**

I hereby assign the proceeds of this bond to:

**Print Name:** _____  **Signature:** _____
**Address:** _____  **Phone:** _____
**Date:** _____  **By:** _____
**Address:** _____

C        Statement of Claim

i was riding in my car takin
my son to school and to go
get food and Mr toby and Sarah
Jones began to Trespass Dn lawfully
Searched my car the Juiled me
for useing the road freely

D                    Basis for Jurisdiction

mr toby Smith and Sarah Jones
falsified a emergency to Stop
me mr toby Smith and ms
Sarah Jones Began to trespass
mr toby then opened and Search
my property then i was Arrested
and Jailed

the Governor is responsible for police
and for the protection of unlawfull miscanduct

notice

for pics

pic of property pic of mr
toby Smith outside of my
home months befor the Arrest
3-10-21 no arrest that day
was followed video on youtube
police the police North platte ne





