4:21CV3060

4:21CV3052

1) 1983  i have  to  correct

this  section  in  2  case

im  not  sure  i  understood

2021 MAR 19 PM 12: 04

U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
FILED

RECEIVED

MAR 19 2021

CLERK
U.S. DISTRICT COURT
LINCOLN

4:21CV3060

what rights were Violated

my right to property My right
to liberty my right to be
Secure the right to use
the Highways false imprisonment
extortion

Devonte
u

D. King
1505 N. Sheridan Ave
North Platte, ne 69101



NORTH PLATTE NE 691

17 MAR 2021PM  1 T

RECEIVED

MAR 19 2021

CLERK
U.S. DISTRICT COURT
LINCOLN

Robert V. Denney Federal Building
5th floor
100 Centennial mall north. Room 593
lincoln, ne 68508

68508$3803