IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEVONTE MD KING,<br><br>           Plaintiff,<br><br>vs.<br><br>TOBY SMITH, Police,<br> and SARAH JONES, Police,<br><br>           Defendants. | 4:21CV3060<br><br>**MEMORANDUM<br>AND ORDER** |

On May 6, 2021, the court ordered Plaintiff to file an amended complaint by June 7, 2021, or face dismissal of this action. (Filing 7.) To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. The court will enter judgment by a separate document.

Dated this 8th day of June, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge